UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 2 6 2005 ★
BROOKLYN OFFICE

FRANCINE FURTADO, et al.,

          Plaintiffs,

**ORDER OF DISCONTINUANCE**

v.

CV-04-1275 (NGG)

COLLINS BROTHERS COMMERCIAL
MOVING CORP.,

          Defendant.

-----------------------------------------------------------------

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

_____
NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
              July 25, 2005